# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE RIZZO,<br>          Plaintiff,<br>    v.<br>M. DIAZ, et al.,<br>          Defendants.<br>_____/ | CASE NO.   1:10-cv-180-LJO-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COURT ORDER [TO AMEND]<br><br>(Doc. 10)<br><br>PLAINTIFF MUST FILE AMENDED COMPLAINT BY 8/15/2010 |

  Plaintiff Pierre Rizzo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a Motion for Court Order [Doc. 10] asking the Court for time to add defendants and information to his previously filed complaint. The Court construes this Motion as a request for leave to amend his complaint.

  Federal Rule of Civil Procedure 15(a) provides that a party is free to amend a pleading once so long as the other party has not served a responsive pleading. There is no responsive pleading in this case. Accordingly, Plaintiff is entitled to amend his complaint, and his Motion for Court Order [Doc. 10] is GRANTED. Plaintiff shall file an amended complaint not later than August 15, 2010.

IT IS SO ORDERED.

Dated: June 28, 2010     /s/ *Michael J. Seng*
                  UNITED STATES MAGISTRATE JUDGE