# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE RIZZO,<br><br>            Plaintiff,<br><br>    v.<br><br>M. DIAZ, et al.,<br><br>            Defendants.<br>_____/ | CASE NO.   1:10-cv-180-LJO-MJS (PC)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 11) |

Plaintiff Pierre Rizzo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 29, 2010, the Court granted Plaintiff's Motion for Court Order asking for the Court's permission to file an amended complaint.  Plaintiff was ordered to file his amended complaint by August 15, 2010.

The Court has yet to receive an amended complaint from Plaintiff.  Accordingly, Plaintiff is ordered to show cause by **September 15, 2010** why his case should not be dismissed for failure to prosecute and obey a court order.  If Plaintiff does not wish to amend his complaint, he should so notify the Court, and the Court will proceed on his initial Complaint filed February 4, 2010.  However, failure to respond to this Order may result in dismissal of the above-captioned action for failure to prosecute and obey a court order.

IT IS SO ORDERED.

Dated:   August 23, 2010          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE